**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

|  |  |
|---|---|
| In Re: | Case No: 9:10-bk-03294-FMD<br>Chapter 13 |

Daniel Eugene Smith
_____/

**REPORT OF UNCLAIMED FUNDS**

Comes now, Jon M. Waage, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, he has made distribution of all monies received, and all checks issued prior to August 6, 2015, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 747900 | $1,457.23 | Strategic Recovery Group<br>7668 Warren Pkwy, Suite 325<br>Frisco, TX 75034 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $1,457.23 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on November 16, 2015.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Cc: Clerk, U.S. Bankruptcy Court/Court Registry